IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAMIESON,<br>    Plaintiff, | :<br>:<br>: |
| v. | :   CIVIL ACTION NO. 25-CV-3437<br>: |
| COMMONWEALTH<br>OF PENNSYLVANIA,<br>    Defendant. | :<br>:<br>:<br>: |

## ORDER

AND NOW, this 9th day of July 2025, upon consideration of Robert Jamieson's *pro se* Petition for Writ of Mandamus (ECF No. 1), it is **ORDERED** that:

1. Jamieson's Petition is **DISMISSED WITH PREJUDICE** for lack of subject matter jurisdiction for the reasons stated in the Court's Memorandum.

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

S/ WENDY BEETLESTONE

_____
WENDY BEETLESTONE, J.